IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MAGGIE BAYLIS                                                                               PLAINTIFF

v.                                                     CIVIL ACTION NO. 1:13-cv-00114-GHD-DAS

WAL-MART STORES, INC.                                                                   DEFENDANT

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court hereby ORDERS that Defendant's motion for summary judgment or partial summary judgment [54] is DENIED and this matter shall proceed to trial.

It is SO ORDERED, this, the 5th day of January, 2015.

_____
SENIOR U.S. DISTRICT JUDGE